IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KWASI MCKINNEY                                                      PLAINTIFF

v.                             Case No. 6:19-cv-06030

TENNILLE GILREATH, *et al*.                                         DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed May 7, 2019, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Marschewski recommends that this matter be dismissed without prejudice for failure to state a claim. Judge Marschewski also recommends that the Clerk of Court be directed to place a 28 U.S.C. § 1915(g) strike flag on the case because the dismissal of this case would constitute a strike under § 1915(g). The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Marschewski's Report and Recommendation *in toto*. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**. Further, the Clerk of Court is directed to place a 28 U.S.C. § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 4th day of June, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge